**Order entered April 18, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00093-CV

### CORNERSTONE STAFFING SOLUTIONS, INC., Appellant

### V.

### VALTECH SOLUTIONS, INC., ET AL., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-10346**

## ORDER

Before the Court is the April 17, 2019 request of Lanetta Williams, Official Court Reporter for the 116th Judicial District Court, for a forty-five day extension of time to file the reporter's record. We **GRANT** the request and extend the time to **June 3, 2019**. We caution Ms. Williams that further extension requests will be disfavored.

/s/     KEN MOLBERG
          JUSTICE